

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00138-CV

ROLANDO ACEVEDO, CHARLES RAY ALLEY, RODOLFO ALONSO, JOSE ALVARADO, MARIO ARAIZA, SEBASTIAN AVILA, EMILIO BELTRAN, CLARENCE BOLTON, RALPH BURNETT, MODESTO CAMPOS, JAMES CEDARS, JIMMY COLE, ERICH CORBIN, JESUS CRUZ, C.M. DEAR, MARIO FERNANDEZ, JAMES FICKLEN, WILLIAM FICKLEN, RAFAEL FIGUEROA, MICHAEL GADDIS, RAMIRO GARCIA, JOHN W. GARRETT, ARTURO GARZA, MOSSYE HANDY, JOHN HEITMAN, JOEL M. HERRERA, RICKIE KIDWELL, HILARIO MONREAL, ELMER NELSON, DOMINGO NUNEZ, JUAN T. PENA, DAVID PEREZ, ORLANDO PEREZ, THOMAS PYLE, ALEJANDRO RAMIREZ, JUAN RANGEL, EZEQUIEL ROBLES, JOSE RODRIGUEZ, DAVID RODRIGUEZ, ROBERTO RODRIGUEZ, FRANCISCO ROLDAN, ISAAC SAENZ, CARLOS SALAZAR, JUAN SANCHEZ, DONALD SESSUM, JAMES SIFFERD, JOHN SIMPSON, FIDENCIO R. SORIA, JUAN SUAREZ, AND CLARENCE URBAN, Appellants

V.

THE O'QUINN LAW FIRM, JOHN M. O'QUINN & ASSOCIATES, LLP, THE ESTATE OF JOHN M. O'QUINN, DECEASED, AND ABEL MANJI, Appellees

Appeal from the Probate Court No. 2, Harris County.   (Tr. Ct. Cause No. 392,247-416).

After due consideration, the Court **grants** the appellants' motion to dismiss the appeal.   Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against appellants.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 14, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Huddle, and Lloyd.



# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00438-CV

ROLANDO ACEVEDO, CHARLES RAY ALLEY, RODOLFO ALONSO, JOSE ALVARADO, MARIO ARAIZA, SEBASTIAN AVILA, EMILIO BELTRAN, CLARENCE BOLTON, RALPH BURNETT, MODESTO CAMPOS, JAMES CEDARS, JIMMY COLE, ERICH CORBIN, JESUS CRUZ, C.M. DEAR, MARIO FERNANDEZ, JAMES FICKLEN, WILLIAM FICKLEN, RAFAEL FIGUEROA, MICHAEL GADDIS, RAMIRO GARCIA, JOHN W. GARRETT, ARTURO GARZA, MOSSYE HANDY, JOHN HEITMAN, JOEL M. HERRERA, RICKIE KIDWELL, HILARIO MONREAL, ELMER NELSON, DOMINGO NUNEZ, JUAN T. PENA, DAVID PEREZ, ORLANDO PEREZ, THOMAS PYLE, ALEJANDRO RAMIREZ, JUAN RANGEL, EZEQUIEL ROBLES, JOSE RODRIGUEZ, DAVID RODRIGUEZ, ROBERTO RODRIGUEZ, FRANCISCO ROLDAN, ISAAC SAENZ, CARLOS SALAZAR, JUAN SANCHEZ, DONALD SESSUM, JAMES SIFFERD, JOHN SIMPSON, FIDENCIO R. SORIA, JUAN SUAREZ, CLARENCE URBAN, Appellants

V.

THE O'QUINN LAW FIRM, JOHN M. O'QUINN & ASSOCIATES, LLP, THE ESTATE OF JOHN M. O'QUINN, DECEASED, AND ABEL MANJI, Appellees

Appeal from the Probate Court No. 2, Harris County. (Tr. Ct. Cause No. 392,247-416).

**TO THE PROBATE COURT NO. 2 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 14th day of July 2015, the cause upon appeal to revise or to

reverse your judgment was determined.   This Court made its order in these words:

After due consideration, the Court **grants** the appellants' motion to dismiss the appeal.   Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against appellants.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 14, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Huddle, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

_____                                    _____
Date                                                                            CHRISTOPHER A. PRINE
                                                                                  CLERK OF THE COURT